# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Goff,<br><br>        Plaintiff,<br><br>   v.<br><br>State of Arizona, et al.,<br><br>        Defendants. | Case No. CV 17-01623-PHX-JJT-DMF<br><br>**ORDER** |

Pursuant to Plaintiff Angel Goff and Defendant Juan Ignacio Ramirez, Jr.'s Stipulation to Continue Settlement Conference at ECF No. 167, and good cause appearing,

**IT IS ORDERED that** the settlement conference currently scheduled for October 7, 2020 is **vacated.**

**IT IS FURTHER ORDERED** requiring counsel for Plaintiff and Defendant Ramirez to contact Magistrate Judge Bibles' chambers with 14 days of the Order on the Motion at ECF No. 166.

Dated this 23rd day of September, 2020.

Camille D. Bibles
United States Magistrate Judge