IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Goff,<br><br>               Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>               Defendants. | No. CV-17-01623-PHX-JJT (DMF)<br><br>**ORDER** |

UPON review of the "Stipulation for Dismissal with Prejudice as to Ramirez Defendants" (Doc. 177), filed by Plaintiff and Defendant Juan Ignacio Ramirez Jr., only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 177). The above-entitled matter is hereby dismissed with prejudice as to Defendant Juan Ignacio Ramirez Jr., only, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED Juan Ignacio Ramirez Jr., being the last remaining defendant in this matter, and claims against all other having been dismissed, the Clerk of the Court shall close the matter.

Dated this 12th day of August, 2021.

Honorable John J. Tuchi
United States District Judge